**ELIAS Z. SHAMIEH** (IND. SBN 14339-49)
**DINA M. SOKHN** (SBN 233516)
Attorneys at Law
703 Market Street, Suite 1700
San Francisco, CA 94103
Telephone: (415) 777-0700
Facsimile: (415) 543-0891

Attorney for Plaintiff
**KAMAL DAYEKH**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAMAL DAYEKH** | Civil Action No.: |
| Plaintiff, | |
| v. | |
| **ROBERT MUELLER III**, Director, Federal Bureau of Investigation, ("FBI") | **COMPLAINT FOR WRIT OF MANDAMUS** |
| **MICHAEL CHERTOFF**, Secretary, Department of Homeland Security,("DHS") | USCIS No.: A 070 540 887 |
| **EMILIO GONZALES**, Director, U.S. Citizenship and Immigration Services (USCIS) | IMMIGRATION CASE |
| **DAVID N. STILL**, District Director, USCIS | |
| **FRANCIS D. SICILIANO**, San Jose Field Office Director, USCIS | |

Plaintiff, through undersigned counsel, alleges as follows:

## *INTRODUCTION*

1. Plaintiff, Kamal Dayekh, is a lawful permanent resident of the United States residing within the jurisdiction of this Court. Plaintiff's claim for relief arises under 8 U.S.C. § 1427.

2. Defendant Robert S. Mueller III, is the Director of the FBI, an agency of the United States government and is sued here in his official capacity.

*Dayekh v. Mueller et al.*
*Complaint for Writ of Mandamus*   1

3. Defendant Michael Chertoff is the Secretary of the DHS and is sued here in his official capacity.

4. Defendant Emilio Gonzales is the director of USCIS and is sued here in his official capacity.

5. Defendant Francis D. Siciliano is the Field Office Director for the San Jose USCIS Office and is sued here in his official capacity.

6. Defendant David Still is the District Director of the San Francisco USCIS district and is sued here in his official capacity.

7. Plaintiff alleges that Defendants each have a role in the adjudication of the applications for naturalization

8. This Court has jurisdiction of the action pursuant to 28 U.S.C. §§§1331, 1361, 1651 and 5 U.S.C. §701 et seq. Relief is requested pursuant to the aforementioned statutes and under 28 U.S.C. §2201.

9. This action is brought to redress the deprivation of rights, privileges and immunities secured to plaintiff to compel Defendants to perform a duty Defendants owe to Plaintiff. This action is brought to compel Defendants and those acting under them to take action on a Form N-400, Application for Naturalization, (hereafter: "the Application") in order for Plaintiff to become a Naturalized Citizen of the United States.

10. The N-400 Application was filed with the USCIS California Service Center on or about April 2, 2004. Plaintiff was interviewed by an officer at the USCIS San Jose Field Office on December 7, 2004 and successfully passed the English language and United States history and government tests.

11. Approximately three years after the interview, plaintiff still awaits the decision. Certainly more than 120 days have passed since the interview in this matter, thus vesting jurisdiction with this court under 8 U.S.C. § 1447.

12. Plaintiff is eligible to have his Application adjudicated.

13. Defendants, the Department of Homeland Security and U.S. Citizenship and Immigration Services are charged by law with the statutory obligation to adjudicate this Application.

14. Venue is proper under 28 USC §1391(e) because the Plaintiff resides in this district and no real property is involved in this action.

## *FACTS*

15. Plaintiff filed his Form N-400, Application for Naturalization, with the USCIS California Service Center on or about April 2, 2004.

16. Plaintiff was interviewed by an officer at the USCIS San Jose Field Office on December 7, 2004, and successfully passed the English language and United States history and government tests. However, plaintiff's application was not adjudicated pending an FBI criminal record/name check.

17. To date, plaintiff's FBI criminal record/name check has not been completed and plaintiff's application remains pending.

18. Defendants have taken no action on plaintiff's case despite the fact that three years have elapsed since plaintiff's naturalization interview on December 7, 2004.

## *CLAIMS*

*Dayekh v. Mueller et al.*
*Complaint for Writ of Mandamus*    3

19. Defendants' refusal to act in this case is as a matter of law, arbitrary and not in accordance with the law.

20. Plaintiff has been, and continues to be greatly damaged by the failure of Defendants to act in accordance with their duties under the law.

21. Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §701et. seq., are unlawfully withholding and/or unreasonably delaying action on plaintiff's naturalization application and have failed to carry out the adjudicative and administrative functions delegated to them by law and regulation.

22. **WHEREFORE**, Plaintiff prays that the Court:

(a) Compel Defendants and those acting under them to perform their duty to adjudicate the Petition; and

(b) Grant such other and further relief as this Court deems proper under the circumstances; and

(c) Grant reasonable Attorney's fees and costs of Court to Plaintiff under the Equal Access to Justice Act.

Respectfully submitted this 22nd day of October, 2007.

_____
ELIAS Z. SHAMIEH

_____
DINA M. SOKHN

Attorneys for Plaintiff

*Dayekh v. Mueller et al.*
*Complaint for Writ of Mandamus*           4