1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 KAMAL DAYEKH,                         )
                                         ) No. C 07-5464 RS
13                Plaintiff,             )
                                         )
14        v.                             )
                                         ) **PARTIES' CONSENT TO MAGISTRATE**
15 ROBERT MUELLER III, Director,         ) **JUDGE JURISDICTION**
   Federal Bureau of Investigation, ("FBI"); )
16 MICHAEL CHERTOFF, Secretary,          )
   Department of Homeland Security, ("DHS"); )
17 EMILIO GONZALES, Director, U.S. Citizenship )
   and Immigration Services, ("USCIS"); )
18 DAVID N. STILL, District Director, USCIS; )
   FRANCIS D. SICILIANO, San Jose Field Office )
19 Director, USCIS,                      )
                                         )
20                Defendants.            )
                                         )
21

22      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff

23 and the Defendants in this case hereby voluntarily consent to have a United States Magistrate

24 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

25 final judgment.

26 ///

27 ///

28

Consent to Magistrate Jurisdiction
C07-5464 RS                              1

| | | |
|---|---|---|
| 1 | Date: December 27, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: December 27, 2007 | _____/s/_____<br>ELIAS Z. SHAMIEH<br>DINA M. SOKHN |
| 9 | | Attorneys for Plaintiff |

Consent to Magistrate Jurisdiction
C07-5464 RS                                    2