SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAMAL DAYEKH,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT MUELLER III, Director,<br>Federal Bureau of Investigation, ("FBI");<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security, ("DHS");<br>EMILIO GONZALES, Director, U.S. Citizenship<br>and Immigration Services, ("USCIS");<br>DAVID N. STILL, District Director, USCIS;<br>FRANCIS D. SICILIANO, San Jose Field Office<br>Director, USCIS,<br><br>    Defendants. | No. C 07-5464 RS<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

The Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about October 25, 2007. The United States Attorney's Office was not served until December 26, 2007.

2. Pursuant to this Court's October 25, 2007 Order Continuing the Case Management Conference, the parties are required to file a joint case management statement on February 6, 2008, and attend a case management conference on February 13, 2008.

Stip. to Extend
C07-5464 RS                                                    1

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:                February 25, 2008

Last day to file Joint ADR Certification:           March 5, 2008

Last day to file/serve Joint Case Management Statement:   March 19, 2008

Case Management Conference:                         March 26, 2008, at 2:30 p.m.

Date: December 27, 2007                             Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: December 27, 2007    /s/
ELIAS Z. SHAMIEH
DINA M. SOKHN
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

RICHARD SEEBORG
United States Magistrate Judge

Stip. to Extend
C07-5464 RS                                 2