**United States District Court**
For the Northern District of California

**\*E-FILED 1/9/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KAMAL DAYEKH,

    Plaintiff,

  v.

ROBERT MUELLER III, et al.,

    Defendants.

NO. C 07-05464 RS

**ORDER**

In this action, plaintiff seeks to compel defendants to take action on his application for naturalization. It appears the issues raised in the complaint likely are amenable to resolution on summary judgment. The parties are directed, therefore, to file cross-motions for summary judgment as promptly as practicable.

The Order Setting Initial Case Management Conference and ADR Deadlines entered on October 25, 2007, in this action is hereby VACATED.

IT IS SO ORDERED.

Dated: January 9, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 07-05464 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Edward A. Olsen    edward.olsen@usdoj.gov, tiffani.chiu@usdoj.gov

Elias Z. Shamieh , Esq    shamiehatlaw@yahoo.com

Dina Marie Sokhn    dina@immilaw.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 1/9/08**                                                                 **Chambers of Judge Richard Seeborg**

                                                                                            **By:    /s/ BAK**

ORDER
C 07-05464 RS

2