1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
3 | EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-6915
6  FAX: (415) 436-6927

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAMAL DAYEKH, ) | |
|          Plaintiff, ) | No. C 06-5464 RS |
|    v. ) | |
| ROBERT S. MULLER, III, Director, ) | **STIPULATION TO A BRIEFING** |
| Federal Bureau of Investigation; GREGORY ) | **SCHEDULE; AND [PROPOSED] ORDER** |
| CHRISTIAN, Acting Director, Nebraska Service ) | |
| Center, USCIS; EMILIO GONZALEZ, Director, ) | |
| U.S. Citizenship and Immigration Services ) | |
| (USCIS); MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; ALBERTO ) | |
| GONZALES, Attorney General, Department of ) | |
| Justice; DAVID N. STILL, District Director, ) | |
| USCIS; TERRY RICE, San Francisco Field ) | |
| Office Director, USCIS, ) | |
|          Defendants. ) | |

    The plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following briefing schedule:

    Plaintiff's Motion for Summary Judgment:         On file

    Defendants' Opposition/Cross-Motion:         March 14, 2008

    Plaintiff's Cross-Opposition:         March 21, 2008

    The parties respectfully ask this Court to decide the matter on the papers, without a hearing.

STIPULATION TO A BRIEFING SCHEDULE
C 07-5464-RS

Dated:   February 11, 2008              /s/
                                        DINA M. SOKHN
                                        Attorney for Plaintiff


Dated: February 11, 2008                /s/
                                        EDWARD A. OLSEN[1]
                                        Assistant United States Attorney
                                        Attorneys for Defendants

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.


Dated: _____, 2008              _____
                                    RICHARD SEEBORG
                                    United States Magistrate Judge

---

[1] I, Edward A. Olsen, attest that both Dina Sokhn and I have signed this stipulation.
STIPULATION TO A BRIEFING SCHEDULE
C 07-5464-RS