1   JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143                    *E-FILED 2/13/08*
    Chief, Civil Division
3   EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102
        Telephone: (415) 436-6915
6       FAX: (415) 436-6927
7   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11
    KAMAL DAYEKH,                          )
12                                         )   No. C 06-5464 RS
                    Plaintiff,             )
13                                         )
            v.                             )
14                                         )
    ROBERT S. MULLER, III, Director,       )   **STIPULATION TO A BRIEFING**
15  Federal Bureau of Investigation; GREGORY )  **SCHEDULE; AND [PROPOSED] ORDER**
    CHRISTIAN, Acting Director, Nebraska Service )
16  Center, USCIS; EMILIO GONZALEZ, Director, )
    U.S. Citizenship and Immigration Services )
17  (USCIS); MICHAEL CHERTOFF, Secretary, )
    Department of Homeland Security; ALBERTO )
18  GONZALES, Attorney General, Department of )
    Justice; DAVID N. STILL, District Director, )
19  USCIS; TERRY RICE, San Francisco Field )
    Office Director, USCIS,                 )
20                                         )
                    Defendants.            )
21  _____)

22      The plaintiff, by and through his attorneys of record, and defendants, by and through their

23  attorneys of record, hereby stipulate, subject to approval of the Court, to the following briefing

24  schedule:

25      Plaintiff's Motion for Summary Judgment:          On file

26      Defendants' Opposition/Cross-Motion:             March 14, 2008

27      Plaintiff's Cross-Opposition:                    March 21, 2008

28      The parties respectfully ask this Court to decide the matter on the papers, without a hearing.

    STIPULATION TO A BRIEFING SCHEDULE
    C 07-5464-RS

1

2

3   Dated:   February 11, 2008                      /s/
                                           DINA M. SOKHN
4                                          Attorney for Plaintiff

5

6

    Dated: February 11, 2008                        /s/
7                                          EDWARD A. OLSEN[1]
                                           Assistant United States Attorney
8                                          Attorneys for Defendants

9

10                              **ORDER**

11       Pursuant to the parties' stipulation, IT IS SO ORDERED.

12

13   Dated:  2/13  _____, 2008        _____

14                                          RICHARD SEEBORG
                                           United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28
         [1]I, Edward A. Olsen, attest that both Dina Sokhn and I have signed this stipulation.
     STIPULATION TO A BRIEFING SCHEDULE
     C 07-5464-RS