1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-6927

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

| | |
|---|---|
| KAMAL DAYEKH, ) | |
| ) | No. C 06-5464 RS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT S. MULLER, III, Director, ) | **STIPULATION TO EXTEND THE** |
| Federal Bureau of Investigation; GREGORY ) | **BRIEFING SCHEDULE; AND** |
| CHRISTIAN, Acting Director, Nebraska Service ) | **[PROPOSED] ORDER** |
| Center, USCIS; EMILIO GONZALEZ, Director, ) | |
| U.S. Citizenship and Immigration Services ) | |
| (USCIS); MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; ALBERTO ) | |
| GONZALES, Attorney General, Department of ) | |
| Justice; DAVID N. STILL, District Director, ) | |
| USCIS; TERRY RICE, San Francisco Field ) | |
| Office Director, USCIS, ) | |
| ) | |
| Defendants. ) | |

22      The plaintiff, by and through his attorneys of record, and defendants, by and through their

23  attorneys of record, hereby stipulate, subject to approval of the Court, to extend the briefing

24  schedule in the above-captioned action in light of the fact that the United States Immigration and

25  Customs Enforcement (USCIS) has issued a Request for Evidence (RFE) to the plaintiff regarding

26  his application for naturalization and has given the plaintiff until April 2, 2008, to respond to that

27  RFE.  In light of this development, the parties propose the following new briefing schedule:

28

STIPULATION TO EXTEND THE BRIEFING SCHEDULE
C 07-5464-RS

| | | |
|---|---|---|
| 1 | Plaintiff's Motion for Summary Judgment: | On file |
| 2 | Defendants' Opposition/Cross-Motion: | May 16, 2008 |
| 3 | Plaintiff's Cross-Opposition/Reply: | May 30, 2008 |
| 4 | Defendants' Reply: | June 6, 2008 |

The parties respectfully ask this Court, after completion of the briefing schedule, to decide the matter on the papers, without a hearing.

Dated: March 14, 2008

/s/
DINA M. SOKHN
Attorney for Plaintiff

Dated: March 14, 2008

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: _____, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

STIPULATION TO EXTEND THE BRIEFING SCHEDULE
C 07-5464-RS