| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney<br>2  JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division<br>3  EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney<br>4<br>450 Golden Gate Avenue, Box 36055<br>5  San Francisco, California 94102<br>Telephone: (415) 436-6915<br>6  FAX: (415) 436-6927<br>7  Attorneys for Defendants | *E-FILED 3/17/08* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KAMAL DAYEKH,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT S. MULLER, III, Director,<br>Federal Bureau of Investigation; GREGORY<br>CHRISTIAN, Acting Director, Nebraska Service<br>Center, USCIS; EMILIO GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services<br>(USCIS); MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security; ALBERTO<br>GONZALES, Attorney General, Department of<br>Justice; DAVID N. STILL, District Director,<br>USCIS; TERRY RICE, San Francisco Field<br>Office Director, USCIS,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C 07-5464 RS<br><br>**STIPULATION TO EXTEND THE BRIEFING SCHEDULE; AND [PROPOSED] ORDER** |

The plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the briefing schedule in the above-captioned action in light of the fact that the United States Immigration and Customs Enforcement (USCIS) has issued a Request for Evidence (RFE) to the plaintiff regarding his application for naturalization and has given the plaintiff until April 2, 2008, to respond to that RFE. In light of this development, the parties propose the following new briefing schedule:

STIPULATION TO EXTEND THE BRIEFING SCHEDULE
C 07-5464-RS

| | | |
|---|---|---|
| 1 | Plaintiff's Motion for Summary Judgment: | On file |
| 2 | Defendants' Opposition/Cross-Motion: | May 16, 2008 |
| 3 | Plaintiff's Cross-Opposition/Reply: | May 30, 2008 |
| 4 | Defendants' Reply: | June 6, 2008 |

The parties respectfully ask this Court, after completion of the briefing schedule, to decide the matter on the papers, without a hearing.

Dated: March 14, 2008

/s/
DINA M. SOKHN
Attorney for Plaintiff

Dated: March 14, 2008

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: 3/17, 2008

RICHARD SEEBORG
United States Magistrate Judge

STIPULATION TO EXTEND THE BRIEFING SCHEDULE
C 07-5464-RS