```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143                *E-FILED 5/14/08*
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-6927

7  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAMAL DAYEKH, | ) |
|     Plaintiff, | ) No. C 07-5464 RS |
|     v. | ) |
| ROBERT S. MULLER, III, Director, Federal Bureau of Investigation; GREGORY CHRISTIAN, Acting Director, Nebraska Service Center, USCIS; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services (USCIS); MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALES, Attorney General, Department of Justice; DAVID N. STILL, District Director, USCIS; TERRY RICE, San Francisco Field Office Director, USCIS, | ) **STIPULATION TO DISMISS; AND [~~PROPOSED~~] ORDER** |
|     Defendants. | ) |

    The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled action in light of the fact that the United States Citizenship and Immigration Services (USCIS) has agreed to adjudicate the plaintiff's application for naturalization within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 07-5464-RS

Dated: May 13, 2008         /s/
                            DINA M. SOKHN
                            Attorney for Plaintiff

Dated: May 13, 2008         /s/
                            EDWARD A. OLSEN
                            Assistant United States Attorney
                            Attorneys for Defendants

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: May 13, 2008         _____
                            RICHARD SEEBORG
                            United States Magistrate Judge

STIPULATION TO DISMISS
C 07-5464-RS